```
                                    IT IS HEREBY ADJUDGED
                                    and DECREED this is SO
                                    ORDERED.
                                    The party obtaining this order is responsible for
                                    noticing it pursuant to Local Rule 9022-1.
```



1  **PERRY & SHAPIRO, L.L.P.**
   3300 N. Central Avenue, #2200
2  Phoenix, Arizona 85012
   (602) 222-5711
3  (602) 222-5701 Facsimile
   (847) 627-8802 Facsimile
4  AZNotices@logs.com, e-mail
   Christopher R. Perry, Bar #009801
5  Jason P. Sherman, Bar #019999
   Attorney for Chase Home Finance LLC
6  [FILE 09-017718 CHE]

**Dated: December 11, 2009**

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>VINCENT J. GOODROW AND LYNDA B. GOODROW,<br><br>    Debtor. | Case # 0:09-bk-22894-RJH<br><br>Chapter 13 Proceedings |
| Chase Home Finance LLC, its assignees and / or successors in interest,<br>    Movant,<br><br>v.<br><br>VINCENT J. GOODROW AND LYNDA B. GOODROW, Debtor, and Chapter 13 Trustee Russell Brown,<br>    Respondents. | **ORDER LIFTING**<br>**THE AUTOMATIC STAY**<br><br>Re: Real Property located at<br>1401 Piper Drive<br>Lake Havasu City, AZ 86404 |

The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by Chase Home Finance LLC, ("CHASE"), and that good cause exists to grant the Motion for Relief;

**THEREFORE, IT IS ORDERED:**

1. CHASE, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 1401 Piper Drive, Lake Havasu City, AZ 86404 and legally described as:

> THE WEST 156 FEET OF THE EAST 506 FEET OF THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER OF SCTION 18, TOWNSHIP 1 SOUTH, RANGE 2 WEST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA

2. CHASE may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

3. Should Debtor fail to vacate the Property following foreclosure, CHASE may pursue any legal remedies in state court to remove the Debtor from the Property.

4. Unless and until otherwise ordered, the Automatic Stay imposed against CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
Randolph J. Haines
U. S. Bankruptcy Court Judge